IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID J. CLARK,

            Plaintiff,                                ORDER

      v.                                          11-cv-293-wmc

DAVID A. HANSHER, AUDREY SKWIERAWSKI,
CHRISTOPHER T. TYRE, NATHAN OPLAND-DOBS,
ELIZABETH FERNANDEZ, SUSAN J. SACHSENMAIER,
DANIEL L. KONKOL, RUSSELL D. BOHACH,
PATRICK B. FLANAGAN, THEODORE R. NANZ,
MICHAEL P. ERHARD, THOMAS J. MCCLURE,
DENNIS R. CIMPL, GALE SHELTON
and GREGORY M. WEBER,

            Defendants.

---

In response to an order entered in this case on April 22, 2011, plaintiff David Clark has submitted a resident account statements for the six-month period immediately preceding the filing of his complaint. From this statement, I conclude that plaintiff has the means to prepay a portion of the filing fee in the amount of $24.09. Plaintiff is reminded that once he pays the amount I have determined he is able to prepay, that is just the first step in obtaining leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. After the court receives his payment, the court will take plaintiff's complaint under advisement for a determination under § 1915(e)(2) whether his action or any portion of it must be dismissed as frivolous or malicious, for failure to state a claim on which relief may be granted or because plaintiff seeks monetary relief against a defendant who is immune from such relief.

ORDER

IT IS ORDERED that plaintiff David Clark qualifies financially for pauper status on the condition that he prepay $24.09 of the $350 filing fee.  He is to submit a check or money order made payable to the clerk of court in that amount on or before May 20, 2011.  If, by May 20, 2011, plaintiff fails to prepay the amount he has been ordered to pay, the court will dismiss the case for his failure to prosecute it.

Entered this 28th day of April, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge