## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID J. CLARK,

     Plaintiff,

     v.

STATE OF WISCONSIN, MILWAUKEE
COUNTY, DAVID A. HANSHER, AUDREY
SKWIERAWSKI, CHRISTOPHER T. TYRE,
NATHAN OPLAND-DOBS, ELIZABETH
FERNANDEZ, SUSAN J. SACHSENMAIER,
DANIEL L. KONKOL, RUSSELL D.
BOHACH, PATRICK B. FLANAGAN,
THEODORE R. NANZ, MICHAEL P.
ERHARD, THOMAS J. MCCLURE,
DENNIS R. CIMPL, GALE SHELTON,
GREGORY M. WEBER, PATRICIA S.
CURLEY, JOAN F. KESSLER and
KITTY B. BRENNAN,

     Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-293-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff David J. Clark leave to proceed for his failure to state a claim for relief and dismissing this case.

Peter Oppeneer, Clerk of Court      3/6/12
                                          Date